1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12 | WILLIAM GRECIA,

Plaintiff,

13

14 | v.

15 | SONY NETWORK ENTM'T INT'L LLC,

Defendant.

16

Case No. 14-cv-00969 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

17
18

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19 above captioned case is referred to Judge Edward M. Chen to determine whether it is

20 related to *William Grecia v. Apple, Inc., et. al.*, No. 14-cv-00775 EMC.

21    IT IS SO ORDERED.

22    Date: March 28, 2014

23

_____

Nathanael M. Cousins
United States Magistrate Judge

24
25
26
27
28

Case No. 14-cv-00969 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES