UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| __WILLIAM GRECIA_____, <br>      Plaintiff(s), <br><br>      v. <br><br> SONY NETWORK ENTERTAINMENT <br> INTERNATIONAL LLC_____, <br>      Defendant(s). <br> _____/ | CASE NO. C14-0969 EMC_____ <br><br><br> STIPULATION AND [PR~~OPOSED~~] <br> ORDER SELECTING ADR PROCESS |

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

  **Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
    ☐ Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
    ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline _____


Dated:_May 14, 2014___              *s/ Matthew M. Wawrzyn___*
                                    Attorney for Plaintiff

Dated:_May 14, 2014___              */s Holly Gaudreau*
                                    Attorney for Defendant

ATTESTATION FOR SIGNATURE

Pursuant to Local Rule 5-1(i) (3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  May 14, 2014                                                       *s/ Matthew M. Wawrzyn*
                                                                                                   Attorney for Plaintiff

**[PROPOSED] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  5/19/14



_____
DISTRICT JUDGE